UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X   (mr-7555)
JESSICA GRAZIADIO and MARYANN GRAZIADIO,   Docket No.:

                     Plaintiffs,   **07 CIV 10445 JUDGE KARAS**

   -against-

TARGET CORPORATION,   **RULE 7.1 DISCLOSURE**

                     Defendant.
------------------------------------X

    Pursuant to Federal Rule 7.1 of this Court, defendant, TARGET CORPORATION, by its attorneys SIMMONS, JANNACE & STAGG, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

                     NONE

Dated:    Syosset, New York
           November 19, 2007

                     Yours, etc.,
                     SIMMONS, JANNACE & STAGG, L.L.P.

                     By: _____
                        MARVIN N. ROMERO (mr-7555)
                     Attorneys for Defendant
                     TARGET CORPORATION
                     **Office & P.O. Address**
                     75 Jackson Avenue
                     Syosset, New York 11791-3139
                     (516) 357-8100

To:
DAVID DAMBROFF, ESQ.
Attorneys for Plaintiffs
**Office & P.O. Address:**
One Water Street - First Floor
White Plains, New York 10601
(914) 686-4300

rule7.1.disclosure



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1