CERTIFICATE OF SERVICE

RE:     JESSICA GRAZIADIO and MARYANN GRAZIADIO v.
        TARGET CORPORATION
        CIVIL ACTION NO.:  10445/07 (JK) (MF)
        J. Karas/M. Fox

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

    I, **MARGARET M. ROSE**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **NOTICE OF REMOVAL** was made on November 21, 2007 by:

❑    Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

    **DAVID DAMBROFF, ESQ.**
    Attorney for Plaintiffs
    **Office & Post Office Address**
    One Water Street - First Floor
    White Plains, New York 10601
    (914) 686-4300

Under penalty of perjury, I declare that the foregoing is true and correct.

                                               /s/Margaret M. Rose
                                                **MARGARET M. ROSE**

Sworn to before me this
21st day of November, 2007.


/s/Josephine Riselvato Exp. 6/25/11
***NOTARY PUBLIC***   No. 01R16169418 Suffolk County


SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100