## CERTIFICATE OF SERVICE

RE:      JESSICA GRAZIADIO and MARYANN GRAZIADIO v.
         TARGET CORPORATION
         CIVIL ACTION NO.:  10445/07 (JK) (MF)
         J. Karas/M. Fox

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

I, **MARGARET M. ROSE**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **RULE 7.1 DISCLOSURE** was made on November 21, 2007 by:

❑    Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

**DAVID DAMBROFF, ESQ.**
Attorney for Plaintiffs
**Office & Post Office Address**
One Water Street - First Floor
White Plains, New York 10601
(914) 686-4300

Under penalty of perjury, I declare that the foregoing is true and correct.

                                /s/Margaret M. Rose
                                **MARGARET M. ROSE**

Sworn to before me this
21st day of November, 2007.


/s/Josephine Riselvato Exp. 6/25/11
***NOTARY PUBLIC***  No. 01R16169418 Suffolk County

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100