# DAVID DAMBROFF

**MEMO ENDORSED**

*Attorney and Counselor at Law*
ONE WATER STREET – FIRST FLOOR
WHITE PLAINS, NEW YORK 10601

Also admitted
D.C. Court of Appeals

Tel.(914) 686-4300
NYC:(212) 213-4747
Fax: (914) 949-9223
e-mail:daviddambroffesq
@aol.com

May 30, 2008

VIA FIRST CLASS MAIL AND FACSIMILE (516) 357-8111

Simmons, Jannace & Stagg, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139

Att.: Marvin Romero, Esq.

Re: Jessica Graziadio et ano v. Target Corporation
SDNY Civil Action No.: 07 CV 10445
D/A: 08/28/06

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Dear Mr. Romero:

In accordance with out telephone conversation this date, I enclose herewith facsimile being faxed to Judge Karas this date.

Please advise me of time of call on the 6th and use my cell no. of (914) 262-8444.

If you have any further questions regarding this matter, please do not hesitate to call me.

Thanks in advance for your continued courtesy and cooperation in this matter.

Very truly yours,

DAVID DAMBROFF

DD:psk
Enc.
cc (Fax to Judge Karas faxed and enclosed herewith 05/31/08)

*Conference adjourned until July 25, 2008, at 12 noon.*

SO ORDERED:

KENNETH M. KARAS U.S.D.J.
6/3/08